UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Stephen Terwilliger

Case No.: 18-34351

Chapter: 13

Judge: ABA

# ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATE: 12/12/2018

/s/Andrew B. Altenburg Jr
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☒  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

❑  The debtor(s) must pay the filing fee according to the following terms:

| You must pay ….. | On or before this date ….. | |
|---|---|---|
| $ _____ | _____ | month/day/year |
| $ _____ | _____ | month/day/year |
| $ _____ | _____ | month/day/year |
| $ _____ | _____ | month/day/year |

Total: $ _0.00_____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-34351-ABA
Stephen Terwilliger                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db              +Stephen Terwilliger,    89 Harmony Road,    Mickleton, NJ 08056-1260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen  Terwilliger markksmithlaw@aol.com,  Romasmith@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3