Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–34351–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephen Terwilliger
89 Harmony Road
Mickleton, NJ 08056

Social Security No.:
xxx–xx–5785

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO MAKE INSTALLMENT
## PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on December 28, 2018 in the amount of $ 77.50 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 1/16/19 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 1/16/19.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: January 29, 2019
Time: 10:00 am
Location: Courtroom 4B
Address:    Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08101–2067

Dated: January 2, 2019
JAN: bc

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-34351-ABA
Stephen Terwilliger                                                                       Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 02, 2019
                             Form ID: oscmlfee         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db            +Stephen Terwilliger,    89 Harmony Road,    Mickleton, NJ 08056-1260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 00:40:45     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen  Terwilliger markksmithlaw@aol.com,  Romasmith@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 4