Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34351−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Terwilliger
   89 Harmony Road
   Mickleton, NJ 08056

Social Security No.:
   xxx−xx−5785

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/13/19
Time:              10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 10, 2019
JAN: lgr

              Jeanne Naughton
              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Terwilliger  
    Debtor

Case No. 18-34351-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2019  
                    Form ID: 132    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
```
db             +Stephen Terwilliger,    89 Harmony Road,    Mickleton, NJ 08056-1260
517917478      +Chase Card,    201 N. Walnut St, DE1-1027,    Wilmington, DE 19801-2901
517922452      +Ditech Financial LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517917482      +PORTFOLIO RECOVERY Assoc (Syncrony Bank),    120 CORPORATE BLVD STE 100,
                 Norfolk, VA 23502-4952
517917485       TD Bank USA/ Target Credit,    7000 Target Parkway N,    Mail Stop NCD-0450,
                 Minneapolis, MN 55445-4301
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517944322       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2019 00:59:25
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517917477      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2019 00:59:25
                 Capital One Bank USA NA,    attn : Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517917479      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2019 00:55:34     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517917476       E-mail/Text: cio.bncmail@irs.gov Jan 11 2019 00:55:23     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517917480      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 11 2019 00:57:13
                 JH Portfolio Debt Equities LLC,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
517917481       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 11 2019 00:55:11     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517918833      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 01:00:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517917483      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 00:59:42     Synchrony Bank/ Walmart,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
517917484      +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 01:00:06     Synchrony Bank/Amazon PLCC,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen  Terwilliger markksmithlaw@aol.com,   Romasmith@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```