Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−34351−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephen Terwilliger
    89 Harmony Road
    Mickleton, NJ 08056

Social Security No.:
    xxx−xx−5785

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 11, 2019
JAN: bc

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34351-ABA
Stephen Terwilliger                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Apr 11, 2019
                               Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db            +Stephen Terwilliger,    89 Harmony Road,    Mickleton, NJ 08056-1260
517922452     +Ditech Financial LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517917482     +PORTFOLIO RECOVERY Assoc (Syncrony Bank),    120 CORPORATE BLVD STE 100,
                Norfolk, VA 23502-4952
517917485      TD Bank USA/ Target Credit,    7000 Target Parkway N,    Mail Stop NCD-0450,
                Minneapolis, MN 55445-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518027756      EDI: RESURGENT.COM Apr 12 2019 03:28:00      CACH, LLC,   Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517944322      EDI: CAPITALONE.COM Apr 12 2019 03:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
517917477     +EDI: CAPITALONE.COM Apr 12 2019 03:28:00      Capital One Bank USA NA,   attn : Bankruptcy,
                PO Box 30285,    Salt Lake City, UT 84130-0285
517981821      EDI: BL-BECKET.COM Apr 12 2019 03:28:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517917478     +EDI: CHASE.COM Apr 12 2019 03:28:00      Chase Card,   201 N. Walnut St, DE1-1027,
                Wilmington, DE 19801-2901
517917479     +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech Financial LLC,
                PO Box 6172,    Rapid City, SD 57709-6172
518039584      E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech Financial LLC,
                PO Box 6154,    Rapid City SD 57709-6154
517917476      EDI: IRS.COM Apr 12 2019 03:28:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
517917480     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 12 2019 00:11:09
                JH Portfolio Debt Equities LLC,    5757 Phantom Drive, Suite 225,   Hazelwood, MO 63042-2429
517917481      EDI: CBSKOHLS.COM Apr 12 2019 03:28:00      Kohls/Capital One,   PO Box 3115,
                Milwaukee, WI 53201-3115
517917481      E-mail/Text: bncnotices@becket-lee.com Apr 12 2019 00:08:55      Kohls/Capital One,
                PO Box 3115,    Milwaukee, WI 53201-3115
518035168      EDI: PRA.COM Apr 12 2019 03:28:00      Portfolio Recovery Associates, LLC,
                C/Ocapital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518023575      EDI: PRA.COM Apr 12 2019 03:28:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
518035243      EDI: PRA.COM Apr 12 2019 03:28:00      Portfolio Recovery Associates, LLC,   c/o Wal-mart,
                POB 41067,    Norfolk VA 23541
518035869     +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517918833     +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517917483     +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank/ Walmart,   4125 Windward Plaza,
                Alpharetta, GA 30005-8738
517917484     +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank/Amazon PLCC,   4125 Windward Plaza,
                Alpharetta, GA 30005-8738
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518036903      Ditech Financial LLC. PO Box 6154 Rapid City SD,,    57709-6154
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen  Terwilliger markksmithlaw@aol.com, Romasmith@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```